**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

## CLERK'S MINUTES

CASE No. 8:08-mj-1156-TGW

DATE: April 8, 2008

INTERPRETER: None

HONORABLE THOMAS G. WILSON

UNITED STATES OF AMERICA
-v-
DUSTIN G. SMITH

Robert Mosakowski, AUSA

James Smith, AFPD

DEPUTY CLERK: S. Saylor

TAPE: DIGITAL TIME: 3:31 - 3:35 TOTAL TIME: .04 COURTROOM 12A

PROCEEDINGS: INITIAL APPEARANCE

Deft provided w/copy of PETITION OF SUPERVISED RELEASE from the S. Dist. of Ohio, Western Division
ARREST DATE:4/8/2008
Court advises of Deft's Rule 5 rights and charges
Court advises him of Rule 5(c) rights

Financial Affidavit submitted for approval
FPD appointed for all purposes including trial

Govt position on release or detention: Detention
Deft waives detention but reserves his right to have hearing to be held in district of offense.

COURT: Order of DETENTION pending Trial without prejudice

IDENTITY HEARING - Deft Waived Hearing