# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.

DUSTIN G. SMITH

**COMMITMENT**

**TO ANOTHER DISTRICT**

CASE NO. 8:08-MJ-1156-TGW

| CHARGES | |
|---|---|
| **Charging Document** | **Charging District** |
| Petition of Violation of supervised release | U.S.C. § Southern District of Ohio, Western Division |
| | 3:07-cr-18-WHR |
| **Description:** Violation of Supervised Release | |

| PROCEEDINGS | |
|---|---|
| **BOND STATUS:** | Defendant waived identity and detention but reserved his right to have a detention hearing held in District of Offense. |
| **COUNSEL:** | AFPD |
| **INTERPRETER:** | None |

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **DUSTIN G. SMITH** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

April 8, 2008

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

## RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| | | |