FILED
RECEIVED U.S. MARSHAL
2008 MAY 28 AM 10: 09
2008 APR 14 AM 10: 06
CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA
MIDDLE DIST. OF FLORIDA TAMPA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.

DUSTIN G. SMITH

**COMMITMENT TO ANOTHER DISTRICT**

CASE NO. 8:08-MJ-1156-TGW

## CHARGES

| Charging Document | Charging District |
|---|---|
| Petition of Violation of supervised release | U.S.C. § Southern District of Ohio, Western Division |
| | 3:07-cr-18-WHR |

**Description:** Violation of Supervised Release

2008 MAY 27 AM 10: 17
MIDDLE DIST. OF FLORIDA TAMPA
RECEIVED U.S. MARSHAL

## PROCEEDINGS

| | |
|---|---|
| **BOND STATUS:** | Defendant waived identity and detention but reserved his right to have a detention hearing held in District of Offense. |
| **COUNSEL:** | AFPD |
| **INTERPRETER:** | None |

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **DUSTIN G. SMITH** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

April 8, 2008

Thomas G. Wilson

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

## RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| May 7, 2008 | Butler Co. Jail - S.D. - Ohio | May 7, 2008 |